FILED

02/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0402

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0402

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                           O R D E R

ADRIAN ABELARDO GARCIA,

     Defendant and Appellant.

_____

Appellant Adrian Abelardo Garcia appeals from the May 27, 2022 Sentence, Order to Close File, and Order Exonerating Bond of the Eighth Judicial District Court, Cascade County, in its Cause No. ADC-20-599. Garcia argues the court erred by failing to give him sufficient credit for time served.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of entering an amended sentence and judgment. Without agreeing with all arguments Garcia has raised, the State agrees the District Court erred by giving Garcia credit for 422 days served instead of 477 days served.

Based on Garcia's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Eighth Judicial District Court, Cascade County, with instructions for the District Court to amend its Judgment to provide Garcia credit with 477 days served.

IT IS FURTHER ORDERED that the remainder of this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable David J. Grubich.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 29 2024